IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONROE JONES,                              No. C-11-1393 TEH (PR)

        Plaintiff,

    v.                                     ORDER OF DISMISSAL

SAN FRANCISCO POLICE DEPARTMENT, et. al.,

        Defendant(s).              (Doc. ## 2 & 4)
_____/

        On March 23, 2011, Plaintiff, a prisoner of the State of California, filed this pro se civil rights action under 42 U.S.C. § 1983.  That day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed a complete application to proceed in forma pauperis ("IFP").  Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope.  In the notice, Plaintiff was informed that the action would be dismissed if he did not either pay the fee or file a completed IFP application within thirty days.

        More than six months have passed, and Plaintiff has not paid the filing fee, filed a complete IFP application or explained

1  his failure to do so.  Accordingly, this action is DISMISSED WITHOUT
2  PREJUDICE.  <u>See</u> Fed. R. Civ. P. 41(b).
3           The Clerk shall terminate any pending motions as moot and
4  close the file.
5           IT IS SO ORDERED.

7  DATED    *10/3/2011*                  _____
                                          **THELTON E. HENDERSON**
8                                         **United States District Judge**

26 G:\PRO-SE\TEH\CR.11\Jones-11-1393-dismissal-ifp.wpd

**2**